SCWC-14-0001218

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

RICHARD BLAISDELL, Petitioner/Plaintiff-Appellant,

v.

DEPARTMENT OF PUBLIC SAFETY, Respondent/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001218; CIV. NO. 11-1-2008-09)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner/Petitioner-Appellant Richard Blaisdell's Application for Writ of Certiorari filed on June 8, 2015, and the record, it appears that Blaisdell seeks certiorari review of an order denying his motion for reconsideration, which is not allowed under Hawai'i Revised Statutes ("HRS") § 602-59. See HRS § 602-59(a) ("After issuance of the intermediate appellate court's judgment or dismissal order, a party may seek review of the intermediate appellate court's decision and judgment or dismissal order only by

application to the supreme court for a writ of certiorari

. . . .") (emphasis added).  Accordingly,

IT IS HEREBY ORDERED that the application for writ of certiorari is dismissed.

DATED:  Honolulu, Hawaiʻi, July 23, 2015.

/s/  Mark E. Recktenwald

/s/  Paula A. Nakayama

/s/  Sabrina S. McKenna

/s/  Richard W. Pollack

/s/  Michael D. Wilson